**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAN CHERNER, on his own behalf and on behalf
of all others similarly situated,

                       Plaintiff,

      -against-                                     20 **CIVIL** 8331 (CS)

                                                **<u>JUDGMENT</u>**

WESTCHESTER JEWISH COMMUNITY
SERVICES, INC., and KATHLEEN MCKAY,

                       Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 28, 2022, Defendants' motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 1, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                             **BY:**     *K. Mango*

                                                          **Deputy Clerk**